# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2230

_____

BRUCE W. BATTS,

    Petitioner,

v.

MILLICENT E. DANIELS,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


November 15, 2024


PER CURIAM.

    DISMISSED.

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Erin P. Newell of Open Book Appeals, Fort Lauderdale, for Petitioner.

No appearance for Respondent.